**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Alexander von Brandenfels,<br><br>Plaintiff,<br>v.<br><br>LTL LED, LLC d/b/a Wolf River Electric,<br><br>Defendant. | Court File No.: 0:26-cv-01559-ECT/DTS<br>Case Type: Civil-Other<br><br><br>**NOTICE OF HEARING** |

PLEASE TAKE NOTICE that Defendant LTL LED, LLC d/b/a Wolf River Electric's Motion for Protective Order will be heard before the Honorable David T. Schultz, United States Magistrate Judge, at 2 PM on September 1, 2026 in Courtroom 9W, United States District Court, 300 South Fourth Street, Minneapolis, Minnesota 55415.


Dated: August 12, 2026

*Nicholas J. Kasprowicz*
Nicholas J. Kasprowicz #403808
General Counsel
Wolf River Electric
100 Isanti Parkway NE
Isanti, MN  55040
Office: (612) 305-8410
Nick@wolfriverelectric.com
**Attorney for LTL LED LLC**

1