**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Alexander von Brandenfels,<br><br>Plaintiff,<br>v.<br><br>LTL LED, LLC d/b/a Wolf River Electric,<br><br>Defendant. | Court File No.: 0:26-cv-01559-ECT/DTS<br>Case Type: Civil-Other<br><br><br>**MEET AND CONFER STATEMENT** |

Defendant LTL LED, LLC d/b/a Wolf River Electric hereby certifies that counsel for

LTL LED LLC and Pro Se Plaintiff Alexander von Brandenfels met and conferred regarding

LTL LEC LLC's Motion for Protective Order.


Dated: August 12, 2026

*Nicholas J. Kasprowicz*
Nicholas J. Kasprowicz #403808
General Counsel
Wolf River Electric
100 Isanti Parkway NE
Isanti, MN  55040
Office: (612) 305-8410
Nick@wolfriverelectric.com
**Attorney for LTL LED LLC**