**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Alexander von Brandenfels,<br><br>Plaintiff,<br>v.<br><br>LTL LED, LLC d/b/a Wolf River Electric,<br><br>Defendant. | Court File No.: 0:26-cv-01559-ECT/DTS<br>Case Type: Civil-Other<br><br>**DEFENDANT LTL LED LLC'S MOTION FOR PROTECTIVE ORDER** |

Defendant, by and through undersigned counsel, respectfully moves the Court pursuant to Federal Rule of Civil Procedure 26(c), including Rule 26(c)(1)(G), for entry of a Protective Order governing confidential information and documents exchanged during discovery in this action.

Discovery requests served in this matter seek the production of confidential, proprietary, commercially sensitive, personal, and/or other nonpublic information. Good cause therefore exists for entry of a Protective Order permitting the parties and producing nonparties to designate qualifying discovery materials as "CONFIDENTIAL" and limiting the use and disclosure of such materials to purposes related to this litigation.

Defendant certifies that counsel conferred in good faith with Pro Se Plaintiff regarding the requested Protective Order but was unable to resolve the matter without Court action.

Accordingly, Defendant respectfully requests that the Court grant this Motion and enter the proposed Protective Order filed concurrently herewith.

Dated: August 12, 2026

*Nicholas J. Kasprowicz*

Nicholas J. Kasprowicz #403808
General Counsel
Wolf River Electric
100 Isanti Parkway NE
Isanti, MN 55040
Office: (612) 305-8410
Nick@wolfriverelectric.com
**Attorney for LTL LED LLC**