**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Alexander M Von Bradenfels,

Plaintiff,

v.

LTL LED, LLC d/b/a Wolf River Electric,

Defendant.

Case No. 26-cv-1559 (ECT/DTS)

**ORDER**

---

Plaintiff Alexander von Bradenfels moves to compel Defendant LTL LED, LLC (Wolf River Electric) to attend a Court-mediated settlement conference. Dkt. Nos. 42, 44. The Court denies this motion but orders von Bradenfels to make a written, good faith settlement offer to Wolf River Electric on or before November 2, 2026. Wolf River Electric is to make a written, good faith counteroffer on or before November 9, 2026.

The parties are to copy the Court's chambers email address on the offer and counteroffer (Schultz_Chambers@mnd.uscourts.gov).

**IT IS HEREBY ORDERED:**

1. Von Bradenfels's Motion for Mediated Settlement Conference is **DENIED** in accordance with the above.

Dated: October 27, 2026

s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge